MN - 252
(Revised 10/00)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**In re:**

**Von Ro Corporation,**    BKY 13-34910 – GFK
Chapter 7

**Debtor.**

_____

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**
_____

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to represent the estate in possible avoidance litigation; conduct discovery, pursue motions for sale of assets of the debtor; and as may be necessary, file objection to claims and such other matters as may be necessary for the administration of the estate.

3. Stephen J. Creasey of Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402, 612-338-5815, is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $395.00 per hour for attorneys  $160.00 per hour for paralegal services, and the normal hourly rate for other attorneys in the firm. In addition, said compensation rates are subject to periodic adjustments.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: He is the Chapter 7 Trustee for the above-referenced bankruptcy estate.

6. The trustee has made the following efforts prior to submitting this Application: Reviewed the Bankruptcy Schedules and conferred with counsel for the debtor and counsel for the certain creditors.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

Dated: November 13, 2013        /e/ Stephen J. Creasey
                                Stephen J. Creasey, Trustee
                                120 South Sixth Street, Suite 2500
                                Minneapolis, MN  55402
                                (612) 338-5815

MN - 252
(Revised 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Von Ro Corporation,**   BKY 13-34910 – GFK
                          **Chapter 7**

**Debtor.**

_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

I, Stephen J. Creasey of Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the offices of the United States Trustee, except for the following: I am the Chapter 7 Trustee for the above-referenced bankruptcy estate.

Dated:  November 13, 2013          By:    /e/ Stephen J. Creasey
                                   Stephen J. Creasey
                                   Lapp, Libra, Thomson, Stoebner & Pusch, Chartered
                                   120 South Sixth Street, Suite 2500
                                   Minneapolis, MN 55402
                                   612-338-5815

MN - 252
(Revised 10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**In re:**

| | |
|---|---|
| **Von Ro Corporation,** | **BKY 13-34910 – GFK** |
| | **Chapter 7** |
| **Debtor.** | |

**UNSWORN CERTIFICATE OF SERVICE**

      I, Nancy I. Spooner, declare under penalty of perjury that on November 13, 2013, I e-mailed copies of the attached **Application for Approval of Employment of Attorney, Verified Statement, and proposed Order** to each entity named below at the address stated below for each entity:

USTPRegion12.MN.ECF@usdoj.gov

U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415


Executed on: November 13, 2013             /e/ Nancy I. Spooner
                                                     Nancy I. Spooner, Paralegal
                                                     Lapp, Libra, Thomson, Stoebner &
                                                            Pusch, Chartered
                                                     120 South Sixth Street, Suite 2500
                                                    Minneapolis, MN 55402
                                                    612/338-5815

MN - 252
(Revised 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**In re:**

**Von Ro Corporation,**                                    **BKY 13-34910 – GFK**
                                                          **Chapter 7**
                **Debtor.**

_____

# ORDER
_____

The application to employ Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, as attorneys for the trustee came before the court.   Based on the application, the recommendation of the United States Trustee and 11 United States Code § 327,

IT IS ORDERED:  The employment is approved.


Dated:                                              _____
                                                    Gregory F. Kishel
                                                    United States Bankruptcy Judge