UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,

    Debtor.

Case No. 13-34910

In Chapter 7 Proceedings

**ORDER**

The above entitled matter came before the undersigned United States Bankruptcy Court Judge on the Notice of Hearing and Motion for Relief from Stay by Kanabec State Bank, a secured creditor in this proceeding.

Based on all the files and proceedings, and there being no just reason for delay of entry of an order,

**IT IS HEREBY ORDERED** that:

1.    Kanabec is hereby granted relief from the automatic stay of 11 U.S.C. § 362 to allow it to commence foreclosure proceedings against debtor by advertisement or by action, without seeking to impose any personal liability against debtor, against the following real estate located in Kanabec County, Minnesota, and legally described as:

**Parcel A:  02-00060-00, 2180 Prokosch Road, Mora**

That part of the Northwest Quarter of the Northwest Quarter, of Section 1, Township 39, Range 24, Kanabec County, Minnesota, described as commencing at the Northwest corner of said Northwest Quarter of the Northwest Quarter; thence East along the North line thereof, 511 feet; thence South parallel with the West line of said Northwest Quarter of the Northwest Quarter a distance of 790 feet to the point of beginning of the property to be described; thence continuing South parallel with said West line 130 feet; thence West parallel with said North line 366.37 feet to the East right of way of the township service road; thence North along said East right of way line 130 feet to the intersection with a line run West parallel with said North line from the point of beginning; thence East parallel with said North line 366.37 feet to the point of beginning.

EXCEPT THE FOLLOWING DESCRIBED TRACT, TO-WIT: Starting at a point on the West line of North Half of Northwest Quarter (N ½ of NW ¼), Section One (1), Township Thirty-nine (39), Range Twenty-four (24), which said point is 920 feet South

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/26/2013*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

of the Northwest corner of said Section 1; thence Easterly and parallel with the North line of Northwest Quarter (NW ¼) Section 1 to a point where this course intersects the East right of way line of Minnesota T.H. 65 as the same is now laid out and constituted; thence continuing Easterly on the same course a distance of 66 feet to the point of beginning of the tract to be herein excepted; thence continuing Easterly and parallel with the North line of Northwest Quarter (NW ¼) Section 1 a distance of 336 feet; thence North and parallel with the West line of Section 1 a distance of 130 feet; thence Westerly and parallel to the North line of Northwest Quarter (NW ¼) Section 1 a distance of 336 feet; thence Southerly and parallel to the West line of Section 1 a distance of 130 feet to the point of beginning, it being the intention of the grantors to convey a parcel measuring 130 feet by 336 feet, the Westerly boundary of which abuts the East edge of a 66 foot wide strip of land conveyed to the Township of Arthur for purposes of an access road, by deed dated 12 May 1975, and recorded 6 June 1975 in Book 69 of Deeds, page 113.

AND

That part of the Northwest Quarter of the Northwest Quarter, of Section 1, Township 39, Range 24, Kanabec County, Minnesota, described as commencing at the Northwest corner of said Northwest Quarter of the Northwest Quarter; thence East along the North line thereof, 511 feet; thence South parallel with the West line of said Northwest Quarter of the Northwest Quarter a distance of 920 feet to the point of beginning of the property to be described; thence continuing South parallel with said West line 130 feet; thence West parallel with said North line 366.37 feet to the East right of way of the township service road; thence North along said East right of way line 130 feet to the intersection with a line run West parallel with said North line from the point of beginning; thence East parallel with said North line 366.37 feet to the point of beginning.

AND

Starting at a point on the West line of North Half of Northwest Quarter (N ½ of NW ¼), Section One (1), Township Thirty-nine (39), Range Twenty-four (24), which said point is 920 feet South of the Northwest corner of said Section 1; thence Easterly and parallel with the North line of Northwest Quarter (NW ¼) Section 1 to a point where this course intersects the East right of way line of Minnesota T.H. 65 as the same is now laid out and constituted; thence continuing Easterly on the same course a distance of 66 feet to the point of beginning of the tract to be herein described; thence continuing Easterly and parallel with the North line of Northwest Quarter (NW ¼) Section 1 a distance of 336 feet; thence North and parallel with the West line of Section 1 a distance of 130 feet; thence Westerly and parallel to the North line of Northwest Quarter (NW ¼) Section 1 a distance of 336 feet; thence Southerly and parallel to the West line of Section I a distance of 130 feet to the point of beginning, it being the intention of the grantors to convey a parcel measuring 130 feet by 336 feet, the Westerly boundary of which abuts the East edge of a 66 foot wide strip of land conveyed to the Township of Arthur for purposes of an access road, by deed dated 12 May 1975, and recorded 6 June 1975 in Book 69 of Deeds, page 113.

**Parcel B: 02.00070.00, 2198 Highway 65 North, Mora**

That part of the Fractional North Half of the Northwest Quarter (Fr. N ½ of NW ¼), Section One (1), Township Thirty-nine (39), Range Twenty-four (24), Kanabec County, Minnesota, described as follows, to-wit: Commencing at a point along the West line of said North Half of the Northwest Quarter (N ½ of NW ¼) a distance of 1050 feet South of the Northwest corner thereof; thence in an Easterly direction and parallel to the North line of said North Half of the Northwest Quarter (N ½ of NW ¼), to the point of intersection thereof with the East right of way line of Minnesota Trunk Highway #65 for the point of beginning of the property to be hereby described; thence East parallel with the North line of said North Half of the Northwest Quarter (N ½ of NW ¼) a distance of 360 feet; thence South parallel with the East right of way line of Minnesota Trunk Highway #65 to the South line of said North Half of the Northwest Quarter (N ½ of NW ¼); thence Westerly to the East right of way line of Minnesota Trunk Highway #65; thence North along the East right of way line of Minnesota Trunk Highway #65 to the point of beginning. Subject to an easement for ingress and egress over and across the South 2 rods thereof.

**Parcel C:  22.02030.00 and 22.01900.00**

The North one hundred forty-two feet (142') of Lot Seven (7), Auditor's Subdivision Number Eight (8); and the North one hundred forty-two feet (142') of Lots Eight (8) and Nine (9), Auditor's Subdivision Number Nine (9), Village of Mora, Kanabec County, Minnesota.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:   *November 26, 2013*

*/e/ Gregory F. Kishel*

_____
Gregory F. Kishel
Chief United States Bankruptcy Judge