UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:   VON RO CORPORATION

Case No.  13-34910
Chapter 7 Case

Debtors.

**AMENDED
REQUEST FOR SERVICE OF NOTICES
PURSUANT TO FED.R.BANKR.P. 2002(g)**

PLEASE TAKE NOTICE that Joseph Newton, an interested party in this case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Joseph Newton
> 13992 Wellington Dr.
> Eden Prairie, MN 55347
> Telephone:  612-720-4847
> E-mail:  josephnewton@yahoo.com

Dated:  December 30, 2013.

KALLAS & ASSOCIATES LTD

By:   /s/ Michael T. Kallas
      Michael T. Kallas
      Attorney Reg. No. 159499
      4601 Excelsior Blvd., Suite 500
      St. Louis Park, MN  55416
      Telephone (952) 832-9352
      Attorney for Joseph Newton

H:\LIT\N085-1301\N085-1301-0013.doc