Form 6004-1(a)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,                          BKY 13-34910 – GFK
                                             Chapter 7
         Debtor.

---

# NOTICE OF ABANDONMENT

---

To:  The United States Trustee, all creditors and other parties of interest.

Notice.  On May 5, 2014, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor(s) named above will abandon property of the estate as follows:

All personal property of the debtor located on the following on the premises of the following described real property except as otherwise specified below:

Parcel A: 02.00060-00; 2180, Prokosch Road, Mora, MN
Parcel B: 02.00070.00; 2198 Highway 65 North, Mora, MN

In addition, the trustee shall also abandon the following property subject to the lien of Greater Minnesota Credit Union that may or may not be located at the above addresses:

| *Make* | *Year* | *VIN* | *Plate #* |
|---|---|---|---|
| Ford Dump truck | 1967 | F60DCB40675 | G0531 |
| Ford F250 | 2002 | 1FTNX21F42EC25012 | |
| Ford F250 | 2002 | 1FTWW33F92ED59377 | |
| Ford Van | 1993 | 1FTEE14Y7PHA43551 | RXK427 |
| 2350 International Bucket Tractor | | | |
| Car Hauler Trailer | | | CT 0607 |

This Notice of Abandonment does not include the following described property presently located on the business premises of Von Ro corporation with the consent of Kanabec State Bank.:

1991 Sebring Park Model
2004 1240 SEDL
2001 Four Winds travel trailer

The above property is subject to the liens of Greater Minnesota Credit Union in an amount in excess of the property value or are or no value to the estate.

OBJECTION: MOTION: HEARING. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the date set for the abandonment. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objection party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| Clerk of U.S. Bankruptcy Court | United States Trustee | Stephen J. Creasey |
|---|---|---|
| 200 Warren E. Burger Federal Building and U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| St. Paul, MN 55101 | 300 South 4th Street | |
| | Minneapolis, MN 55415 | |

Dated: April 7, 2014

/e/ Stephen J. Creasey
Stephen J. Creasey, Trustee
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402
(612) 338-5815