UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                    Chapter 7

Von Ro Corporation                                                          BKY 13-34910-GFK

        Debtor.

---

**ORDER FOR TURNOVER UNDER 11 U.S.C § 542(e)**

---

This case is before the Court on the Trustee's Verified Motion for an Order Directing Turnover under 11 U.S.C. § 542(e). Based on the Trustee's motion and all of the papers filed in this case, and no objection having been filed,

IT IS HEREBY ORDERED:

1.      The Trustee's motion is GRANTED.

2.      Within seven days of the date of this Order, Rebecca L. Toso, Garnett O. Pederson, and Robert Kalenda shall turn over to the Trustee, at 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402, all recorded information, including books, documents, records, and papers, relating to the Debtor's property and financial affairs.

3.      Within seven days of the date of this Order, the Department of Public Safety dealer unit shall turn over to the Trustee, at 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402, records including date and VIN number of all vehicles that the Department determines were identified by the Debtor as being held for resale and which were not reported as sold by October 11, 2013, and copies of the most recent title certificate for such vehicles.

4.      Within seven days of the date of this Order, the Department of Public Safety dealer unit shall also turn over to the Trustee, at 120 South Sixth Street, Suite 2500, Minneapolis,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/29/2014*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

MN  55402, a list of vehicles reported by M.J. Mimbach, Inc. as being held for resale that were

formerly reported by the Debtor as being held for resale together with copies of the most recent

title certificate for such vehicles.

*/e/ Gregory F. Kishel*

Dated:    *July 29, 2014*    _____
Gregory F. Kishel
Chief United States Bankruptcy Judge