UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7

Von Ro Corporation  BKY 13-34910-GFK

      Debtor.

**ORDER FOR TURNOVER UNDER 11 U.S.C § 542(e)**

This case is before the Court on the Trustee's Verified Motion for an Order Directing Turnover Under 11 U.S.C. § 542(e) By Source One Financial Services, Inc. Based on the Trustee's motion and all of the papers filed in this case, the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. The Trustee's motion is GRANTED.

2. Within seven days of the date of this Order, Source One Financial Services, Inc. ("Source One") shall turn over to the Trustee all recorded information, including books, documents, records, and papers, relating to the Debtor's property and financial affairs, including records such as emails maintained electronically and all specific or proposed transactions regarding Joseph Newton. This recorded information shall not include loan transaction files for other specific financing transactions except as provided below.

3. Source One shall also turn over to the Trustee, without the need for any further order, records of any specific transaction or loan files as may be designated within seven days of the Trustee designating such records in writing to Source One

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/17/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

1

Dated:  March 17, 2015

/e/ Gregory F. Kishel

_____
Gregory F. Kishel
Chief United States Bankruptcy Judge