UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Von Ro Corporation | BKY 13-34910-GFK |
| Debtor. | |

**ORDER FOR TURNOVER UNDER 11 U.S.C § 542(e)**

This case is before the Court on the Trustee's Verified Motion for an Order Directing Turnover Under 11 U.S.C. § 542(e) By Source One Financial Services, Inc. Based on the Trustee's motion and all of the papers filed in this case, the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. The Trustee's motion is GRANTED.

2. Within seven days of the date of this Order, Source One Financial Services, Inc. ("Source One") shall turn over to the Trustee all recorded information, including books, documents, records, and papers, relating to the Debtor's property and financial affairs, including records such as emails maintained electronically and all specific or proposed transactions regarding Joseph Newton. This recorded information shall not include loan transaction files for other specific financing transactions except as provided below.

3. Source One shall also turn over to the Trustee, without the need for any further order, records of any specific transaction or loan files as may be designated within seven days of the Trustee designating such records in writing to Source One

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/17/2015*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

1

Dated:    March 17, 2015

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                              District of Minnesota
In re:                                                         Case No. 13-34910-GFK
VON RO CORPORATION                                             Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0864-3          User: judy              Page 1 of 1           Date Rcvd: Mar 17, 2015
                              Form ID: pdf111         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2015.
db           #+VON RO CORPORATION,    536 CLARK ST,   MORA, MN 55051-1804
aty           +Lapp, Libra, Thomson, Stoebner & Pusch,    120 s 6th St,   Ste 2500,   Mpls, MN 55402-5155
intp          +Greater Minnesota Credit Union,   c/o Peterson Fram & Bergman P.A.,   55 East 5th St Suite 800,
                St Paul, MN 55101-1718
intp          +JOSEPH NEWTON,   13992 WELLINGTON DR,   EDEN PRAIRIE, MN 55347-1741
intp          +Kanabec State Bank,   730 Forest Avenue,   Mora, MN 55051-1614
intp          +SAMUEL V CALVERT,   1011 2ND ST N STE 107,   ST CLOUD, MN 56303-3237
              +Source One Financial Services, Inc.,   14500 Burnhaven Drive, #155,   Burnsville, MN 55306-5530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MJ MIMBACH
cr              MJ MIMBACH INC
cr              TINA T KNUDSON
cr              VIRGIL DALE HARDY
acc          ##+Linda M. Berreau, CPA,   16418 Gladys Lane,   Minnetonka,, MN 55345-2840
                                                                                        TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2015 at the address(es) listed below:
              Daniel M Duffek    on behalf of Defendant    Spire Credit Union fka Greater Minnesota Credit Union
               bky@pfb-pa.com
              Daniel M Duffek    on behalf of Interested Party    Greater Minnesota Credit Union bky@pfb-pa.com
              David W Buchin    on behalf of Cross-Claimant   M.J. Mimbach, Inc. dbuchin@buchinlaw.com
              David W Buchin    on behalf of Defendant    M.J. Mimbach, Inc. dbuchin@buchinlaw.com
              David W Buchin    on behalf of Cross-Claimant Mark J. Mimbach dbuchin@buchinlaw.com
              David W Buchin    on behalf of Defendant Mark J. Mimbach dbuchin@buchinlaw.com
              Michael T Kallas    on behalf of Interested Party JOSEPH  NEWTON mkallas@kallas-law.com,
               skeegan@kallas-law.com
              Ralph  Mitchell    on behalf of Trustee Stephen J Creasey rmitchell@lapplibra.com,
               jpipp@lapplibra.com
              Ralph  Mitchell    on behalf of Plaintiff Stephen J. Creasey Trustee rmitchell@lapplibra.com,
               jpipp@lapplibra.com
              Robert  Kalenda    on behalf of Debtor    VON RO CORPORATION dana@kalendalaw.com,
               theresa@kalendalaw.com
              Shawn M. Dunlevy    on behalf of Interested Party    Kanabec State Bank sdunlevy@fryberger.com,
               dwatkins@fryberger.com
              Stephen J Creasey    on behalf of Trustee Stephen J Creasey screasey@lapplibra.com,
               nspooner@lapplibra.com;MN0B@ecfcbis.com
              Stephen J Creasey    screasey@lapplibra.com, nspooner@lapplibra.com;MN0B@ecfcbis.com
              Stephen J Creasey    on behalf of Plaintiff Stephen J. Creasey Trustee screasey@lapplibra.com,
               nsponner@lapplibra.com
              US Trustee   ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 15
```