UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Von Ro Corporation
                Debtors.                        ch. 7 case no. 13-34910

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
_____

      Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address and telephone number set forth below.

    /s/ Sam Calvert                    March 21, 2015
1011 2nd ST N, STE 107
ST Cloud MN 56303
320-252-4473
atty id #1431X

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:


Von Ro Corporation
               Debtor.                  ch. 7 case no. 13-34910

## UNSWORN DECLARATION FOR PROOF OF SERVICE

      Sam V. Calvert, attorney licensed to practice law in this Court, with office address of 1011 2nd St. North, Suite 107, Box 1044, St. Cloud, MN  56302, declares that on March 21, 2015, I filed with foregoing notice with CM/ECF, which in turn will provide copies to:

Stephen Creasey
The United States Trustee
Robert Kalenda, attorney for debtor
Shawn Dunlevy, attorney for Kanabec State Bank
Daniel Duffek, attorney for Spire Credit Union
Michael Kallas, attorney for Joseph Newton

And that as to non-ECF participants, I served the attached document on the entities listed below, by mailing each of them a copy thereof [corrected notice only] by enclosing the same in an envelope, first class postage prepaid, and the depositing the same in the United States Mail at St. Cloud Minnesota addressed as follows:

none.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated;:  March 21, 2015.

<u>Darlene Leyendecker</u>