UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Von Ro Corporation,   Chapter 7
BKY No. 13-34910

Debtor.

### RESIGNATION AND NO DISTRIBUTION REPORT OF TRUSTEE

The undersigned resigns as trustee of the above-entitled case. I have neither received any property nor paid any money on account of this estate. I request that this report be approved, and that I be discharged from any further duties as trustee.

I hereby certify that on this date, this report was submitted to the United States Trustee in PDF form by e-mail.

Dated: April 8, 2015

/e/ Stephen J. Creasey
Stephen J. Creasey, Trustee
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
612.338-5815