UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,                           BKY No. 13-34910 - GFK
                                              Chapter 7
              Debtor.

_____

**TRUSTEE'S NOTICE OF SETTLEMENT**
_____

To: The United States Trustee, all creditors and other parties in interest.

**NOTICE.** On May 26, 2015, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

Settlement of a fraudulent transfer or preference claim against Stearns Bank ("Bank") will be resolved by payment from the Bank to the trustee in the amount of $4,000.00. The claim involves Von Ro Corporation's ("Debtor") payment of $8,000.00 to the Bank on a note on which the Debtor was not a maker or guarantor and therefore had no legal obligation to pay. Alternatively, should the note be determined to be an obligation of the Debtor, it was paid within 90 days of the Debtor's bankruptcy filing and is therefore avoidable as a preference. In the course of its dealings with with the Bank, the Debtor granted a security interest in each of the following vehicles:

    2013 Woodland Park AP105L (VIN 1W9BP03S3D2046713)
    2002 Breckenridge LE 1238FDR (VIN 5DJTB0U2725007044)
    2013 Enterra 316RKS Cruiser (VIN 5RXTF312D2200339).

The security interest in these three vehicles were not perfected. The Bank and the trustee will stipulate to entry of judgment avoiding the security interests under 11 U.S.C. § 544 and preserving them for the benefit of the estate under 11 U.S.C. §541.

The Bank will not be entitled to any claim in the case and the trustee will release the Bank from any further claims by the estate.

The trustee believes that the settlement with Stearns Bank is in the best interest of the estate and avoids the cost, delays and risks inherent in contested litigation.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the settlement. If an

objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned Trustee moves the Court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | John R Stoebner, Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | Minneapolis, MN 55415 | |

Dated:  April 29, 2015

/e/ John R. Stoebner
John R. Stoebner, Trustee
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
(612) 338-5815

United States Bankruptcy Court
District of Minnesota

In re:                                                                        Case No. 13-34910-GFK
VON RO CORPORATION                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0864-3          User: maryd              Page 1 of 2           Date Rcvd: Apr 29, 2015
                              Form ID: pdf013          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
db           #+VON RO CORPORATION,    536 CLARK ST,   MORA, MN 55051-1804
intp          +Greater Minnesota Credit Union,   c/o Peterson Fram & Bergman P.A.,    55 East 5th St Suite 800,
               St Paul, MN 55101-1718
intp          +JOSEPH NEWTON,    13992 WELLINGTON DR,   EDEN PRAIRIE, MN 55347-1741
intp          +Kanabec State Bank,    730 Forest Avenue,   Mora, MN 55051-1614
acc           +Linda M. Berreau, CPA,    16418 Gladys Lane,   Minnetonka,, MN 55345-2840
intp          +SAMUEL V CALVERT,    1011 2ND ST N STE 107,   ST CLOUD, MN 56303-3237
60524892      +DALE'S MOBILE HOME TRANSPORT,    DALE VARGO,   8616 29TH AVE SW,   PEQUOT LAKES MN 56472-2014
60802597      +FIRST CITIZENS NATIONAL BANK,    F/K/A KANABEC STATE BANK,   730 FOREST AVE E,
               MORA MN 55051-1614
60489999       GE COMMERCIAL FINANCE,    75 REMITTANCE DR STE 1752,   CHICAGO , IL 60675-1752
60524891      +JRD PROPERTIES LLC,    JOE DOTTY,   PO BOX 815,   PEQUOT LAKES MN 56472-0815
60509052      +KANABEC STATE BANK,    730 FOREST AVE E,   MORA MN 55051-1614
60490001      +KANABEC STATE BANK,    124 MAPLE AVE E,   MORA, Minnesota 55051-1361
60861651      +MICHAEL & DAWN MODER,    2428 ARLINGTON AVE E,   MAPLEWOOD MN 55119-7612
60490002      +MN DEPT OF REVENUE SPECIAL ACTIONS,    551 BANKRUPTCY SECTION,   PO BOX 64447,
               ST PAUL, Minnesota 55164-0447
60867936      +Spire Credit Union fka Greater Minnesota CU,    c/o PFB Law, Professional Association,
               55 East 5th St Suite 800,   St Paul, MN 55101-1718
60490003      +WASHINGTON INTERNATIONAL INSURANCE CO.,    475 MARTINGALE RD STE 850,
               SCHAUMBURG, IL 60173-2276

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
60490000      +E-mail/Text: bankruptcy@spire-banking.com Apr 29 2015 22:29:38      GREATER MN CREDIT UNION,
               112 S LAKE ST,   MORA, Minnesota 55051-1525
61014673       E-mail/Text: cio.bncmail@irs.gov Apr 29 2015 22:29:03      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
60524893      +E-mail/Text: april.tappe@lakesstatebank.com Apr 29 2015 22:29:06      LAKE STATE BANK,
               PO BOX 366,   PEQUOT LAKES MN 56472-0366
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             MJ MIMBACH
cr             MJ MIMBACH INC
cr             TINA T KNUDSON
cr             VIRGIL DALE HARDY
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2015 at the address(es) listed below:
              Daniel M Duffek    on behalf of Defendant    Spire Credit Union fka Greater Minnesota Credit Union
               bky@pfb-pa.com
              Daniel M Duffek    on behalf of Cross Defendant    Spire Credit Union fka Greater Minnesota Credit
               Union bky@pfb-pa.com
              Daniel M Duffek    on behalf of Interested Party    Greater Minnesota Credit Union bky@pfb-pa.com
              David W Buchin    on behalf of Cross-Claimant Mark J. Mimbach dbuchin@buchinlaw.com
              David W Buchin    on behalf of Defendant Mark J. Mimbach dbuchin@buchinlaw.com
              David W Buchin    on behalf of Cross-Claimant    M.J. Mimbach, Inc. dbuchin@buchinlaw.com
              David W Buchin    on behalf of Defendant    M.J. Mimbach, Inc. dbuchin@buchinlaw.com

```
District/off: 0864-3          User: maryd                 Page 2 of 2                  Date Rcvd: Apr 29, 2015
                              Form ID: pdf013             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John R. Stoebner     jstoebner@lapplibra.com,
               lfrey@lapplibra.com;kgatrost@lapplibra.com;MN04@ecfcbis.com;nspooner@lapplibra.com
              Michael T Kallas    on behalf of Interested Party JOSEPH   NEWTON mkallas@kallas-law.com,
               skeegan@kallas-law.com
              Ralph  Mitchell    on behalf of Trustee Stephen J Creasey rmitchell@lapplibra.com,
               jpipp@lapplibra.com
              Ralph  Mitchell    on behalf of Plaintiff Stephen J. Creasey Trustee rmitchell@lapplibra.com,
               jpipp@lapplibra.com
              Robert  Kalenda    on behalf of Debtor   VON RO CORPORATION info@kalendalaw.com,
               theresa@kalendalaw.com
              Sam  Calvert    on behalf of Interested Party SAMUEL V CALVERT calcloud@gmail.com,
               calcloud1@gmail.com;calvert.sam@gmail.com
              Shawn M. Dunlevy    on behalf of Interested Party    Kanabec State Bank sdunlevy@fryberger.com,
               dwatkins@fryberger.com
              Stephen J Creasey    on behalf of Trustee Stephen J Creasey screasey@lapplibra.com,
               nspooner@lapplibra.com;MN0B@ecfcbis.com
              Stephen J Creasey    on behalf of Plaintiff Stephen J. Creasey Trustee sjcch13@aol.com,
               nsponner@lapplibra.com
              US Trustee   ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 17
```