UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,             BKY No. 13-34910 – GFK
Chapter 7

       Debtor.

---

**ORDER**

---

      Notice to all parties in interest was given pursuant to the trustee's Notice of Settlement dated April 29, 2015 [docket 64] relating to a proposed settlement between the trustee and Stearns Bank as to a preference claim with payment to the trustee in the amount of $4,000.00. In addition, Stearns Bank and the trustee will stipulate to entry of judgment avoiding the security interests of the vehicles, identified in the Settlement, pursuant to 11 U.S.C. § 544 and preserving them for the benefit of the estate under 11 U.S.C. §541. No objections to the Settlement were filed.

    **IT IS ORDERED:**

    The settlement described in the Notice of Settlement dated April 29, 2015 is approved.

Dated: 6/23/2015

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/23/2015*
Lori Vosejpka, Clerk, By lje, Deputy Clerk