MN - 204
(Rev'd 9/09)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Von Ro Corporation,                                    BKY 13-34910 – GFK
                                                        Chapter 7
            Debtor.
_____

**NOTICE OF SALE**
_____

To:  The United States Trustee, all creditors and other parties in interest.

**NOTICE.**  On March 18, 2016, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

1985 Komfort 5th Wheel VIN 1K73KFN26F1002460 (the "Komfort")
2013 Enterra Cruiser RV VIN4RXTE3128D2200339 (the "Enterra")
2004 Dutchman Classic VIN47CTD4T284G51456 (the "Dutchman")

The sale for the above RV/vehicles will be conducted by Franklin Outdoor Advertising, 20092 Edison Circle East, Clearwater, MN 55320, (320) 558-3000, franklinoutdoor.com, a professional agent whose retention is the subject of a separate application previously submitted. Said sale for the RV/vehicles will be sold for the highest offer received, above a reserve set by the trustee, beginning March 18, 2016. The agent is to follow its best efforts to advertise and sell the vehicles to the highest available offer.  The Trustee believes that the sale with the assistance of the court-appointed agent is in the best interests of the bankruptcy estate given the nature of this particular asset.
The Trustee will file with the Bankruptcy Court a separate sales statement advising of the final sale price and related information.

**OBJECTION:  MOTION:  HEARING**.  Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| U.S. Bankruptcy Court | U.S. Trustee | John R. Stoebner, Trustee |
|---|---|---|
| 200 Warren E. Burger Federal Building and U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 316 North Robert Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | |

Dated:  February 26, 2016                              /e/ John R. Stoebner
                                                        John R. Stoebner, Trustee
                                                        120 South Sixth Street, Suite 2500
                                                        Minneapolis, MN  55402
                                                        (612) 338-5815