UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Von Ro Corporation | CASE NO: 13-34910 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/26/2016, I did cause a copy of the following documents, described below,

Notice of Sale,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/26/2016

/s/ John R. Stoebner
John R. Stoebner  140879
Lapp Libra Thomson Stoebner & Pusch
120 South 6th Street Suite 2500
Minneapolis, MN  55402
612 343 4969
nspooner@lapplibra.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Von Ro Corporation | CASE NO: 13-34910 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 2/26/2016, a copy of the following documents, described below,

Notice of Sale,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/26/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Lapp Libra Thomson Stoebner & Pusch
John R. Stoebner
120 South 6th Street Suite 2500
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0864-3<br>CASE 13-34910<br>DISTRICT OF MINNESOTA<br>ST PAUL<br>FRI FEB 26 12-55-20 CST 2016 | GREATER MINNESOTA CREDIT UNION<br>CO PETERSON FRAM & BERGMAN P.A.<br>55 EAST 5TH ST SUITE 800<br>ST PAUL MN 55101-1718 | KANABEC STATE BANK<br>730 FOREST AVENUE<br>MORA MN 55051-1614 |

*DEBTOR* / *EXCLUDE*

| | | |
|---|---|---|
| VON RO CORPORATION<br>536 CLARK ST<br>MORA MN 55051-1804 | ~~ST PAUL~~<br>~~200 WARREN E BURGER FEDERAL BUILDING~~<br>~~AND~~<br>~~US COURTHOUSE~~<br>~~316 N ROBERT ST~~<br>~~ST PAUL MN 55101 1465~~ | DALE'S MOBILE HOME TRANSPORT<br>DALE VARGO<br>8616 29TH AVE SW<br>PEQUOT LAKES MN 56472-2014 |
| FIRST CITIZENS NATIONAL BANK<br>FKA KANABEC STATE BANK<br>730 FOREST AVE E<br>MORA MN 55051-1614 | GE COMMERCIAL FINANCE<br>75 REMITTANCE DR STE 1752<br>CHICAGO IL 60675-1752 | GREATER MN CREDIT UNION<br>112 S LAKE ST<br>MORA MINNESOTA 55051-1525 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JRD PROPERTIES LLC<br>JOE DOTTY<br>PO BOX 815<br>PEQUOT LAKES MN 56472-0815 | KANABEC STATE BANK<br>124 MAPLE AVE E<br>MORA MINNESOTA 55051-1361 |
| KANABEC STATE BANK<br>730 FOREST AVE E<br>MORA MN 55051-1614 | LAKE STATE BANK<br>PO BOX 366<br>PEQUOT LAKES MN 56472-0366 | MICHAEL & DAWN MODER<br>2428 ARLINGTON AVE E<br>MAPLEWOOD MN 55119-7612 |

*EXCLUDE* (third column)

| | | |
|---|---|---|
| MN DEPT OF REVENUE SPECIAL ACTIONS<br>551 BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL MINNESOTA 55164-0447 | SPIRE CREDIT UNION FKA GREATER<br>MINNESOTA CU<br>CO PFB LAW PROFESSIONAL ASSOCIATION<br>55 EAST 5TH ST SUITE 800<br>ST PAUL MN 55101-1718 | ~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415 3070~~ |
| WASHINGTON INTERNATIONAL INSURANCE<br>CO.<br>475 MARTINGALE RD STE 850<br>SCHAUMBURG IL 60173-2276 | JOSEPH NEWTON<br>13992 WELLINGTON DR<br>EDEN PRAIRIE MN 55347-1741 | JOHN R. STOEBNER<br>LAPP LIBRA THOMSON STOEBNER & PUSCH<br>120 SOUTH SIXTH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402-5155 |
| LINDA M. BERREAU CPA<br>16418 GLADYS LANE<br>MINNETONKA MN 55345-2840 | SAMUEL V CALVERT<br>1011 2ND ST N STE 107<br>ST CLOUD MN 56303-3237 | |